| | |
|---|---|
| SEYFARTH SHAW LLP<br>Kristina M. Launey (SBN 221335)<br>*klauney@seyfarth.com*<br>400 Capitol Mall, Suite 2350<br>Sacramento, CA 95814-4428<br>Telephone: (916) 448-0159<br>Facsimile: (916) 558-4839 | CENTER FOR DISABILITY ACCESS<br>Mark Potter (SBN 166317)<br>*mark@potterhandy.com*<br>9845 Erma Road, Suite 300<br>San Diego, CA 92131<br>Telephone: (858) 375-7385<br>Facsimile: (888) 422-5191 |
| Christian J. Rowley (SBN 187293)<br>*crowley@seyfarth.com*<br>560 Mission Street, 31st Floor<br>San Francisco, California 94105<br>Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549 | Michelle Uzeta (SBN 164402)<br>*michelleu@potterhandy.com*<br>710 S. Myrtle Street, Suite 306<br>Monrovia, CA 91016<br>Telephone: (858) 375-7385<br>Facsimile: (888) 422-5191 |
| Attorneys for Defendant<br>KAISER FOUNDATION HOSPITALS | Attorneys for Plaintiff<br>AMANDA RUTHERFORD |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA RUTHERFORD,<br><br>   Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HOSPITALS and DOES 1-10, Inclusive,<br><br>   Defendants. | Case No. 2:16-cv-02100-MCE-AC<br><br>**SECOND STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>**[L.R. 144]**<br><br>Complaint Served:     9/8/16<br>Current Response Date:  10/27/16<br>New Response Date:    11/21/16<br>Trial Date:           None Set<br>District Judge: Morrison C. England, Jr. |

Pursuant to the provisions of Local Rule 144, plaintiff Amanda Rutherford ("Plaintiff") and defendant Kaiser Foundation Hospitals ("Kaiser"), by and through their respective counsel, hereby stipulate that Kaiser may have a 21-day extension of time in which to respond to plaintiff's Complaint. This is the second extension of time to respond to the Complaint. Pursuant to this extension, a response by Kaiser shall be due on or before November 17, 2016. This stipulation and extension will not affect or alter any deadline previously set by Court order.

The reason for the extension is to allow time for Defendant to complete its investigation of Plaintiff's claims and for the parties to assess whether this matter can be resolved without further litigation.

Pursuant to Local Rule 131(e), counsel for Plaintiff has authorized submission of this document on her behalf.

DATED: October 24, 2016　　　　　　　　Respectfully submitted,

SEYFARTH SHAW LLP


By: */s/ Kristina M. Launey*
　　　Kristina M. Launey

Attorneys for Defendant
KAISER FOUNDATION HOSPITALS


DATED: October 24, 2016　　　　　　　　Respectfully submitted,

CENTER FOR DISABILITY ACCESS


By: */s/ Michelle Uzeta*
　　　Michelle Uzeta

Attorneys for Plaintiff
AMANDA RUTHERFORD


**IT IS SO ORDERED.**

**Dated: November 2, 2016**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE