| | |
|---|---|
| SEYFARTH SHAW LLP<br>Kristina M. Launey (SBN 221335)<br>*klauney@seyfarth.com*<br>400 Capitol Mall, Suite 2350<br>Sacramento, CA  95814-4428<br>Telephone:     (916) 448-0159<br>Facsimile:      (916) 558-4839 | CENTER FOR DISABILITY ACCESS<br>Mark Potter (SBN 166317)<br>*mark@potterhandy.com*<br>9845 Erma Road, Suite 300<br>San Diego, CA  92131<br>Telephone:  (858) 375-7385<br>Facsimile:   (888) 422-5191 |
| Christian J. Rowley (SBN 187293)<br>*crowley@seyfarth.com*<br>560 Mission Street, 31st Floor<br>San Francisco, California  94105<br>Telephone:     (415) 397-2823<br>Facsimile:      (415) 397-8549 | Michelle Uzeta (SBN 164402)<br>*michelleu@potterhandy.com*<br>710 S. Myrtle Street, Suite 306<br>Monrovia, CA  91016<br>Telephone:  (858) 375-7385<br>Facsimile:   (888) 422-5191 |
| Attorneys for Defendant<br>KAISER FOUNDATION HOSPITALS | Attorneys for Plaintiff<br>AMANDA RUTHERFORD |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA RUTHERFORD,<br><br>              Plaintiff,<br><br>   v.<br><br>KAISER FOUNDATION HOSPITALS and DOES 1-10, Inclusive,<br><br>              Defendants. | Case No. 2:16-cv-02100-MCE-AC<br><br>**THIRD STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>**[L.R. 144]**<br><br>Complaint Served:           9/8/16<br>Current Response Date:   11/21/16<br>New Response Date:        12/8/16<br>Trial Date:                        None Set<br>District Judge:   Morrison C. England, Jr. |

Pursuant to the provisions of Local Rule 144, plaintiff Amanda Rutherford ("Plaintiff") and defendant Kaiser Foundation Hospitals ("Kaiser"), by and through their respective counsel, hereby stipulate that Kaiser may have a 21-day extension of time in which to respond to plaintiff's Complaint.  This is the third extension of time to respond to the Complaint.  Pursuant to this extension, a response by Kaiser shall be due on or before December 8, 2016.  This stipulation and extension will not affect or alter any deadline previously set by Court order.

1  The reason for the extension is to allow further time for the parties to assess whether this
2  matter can be resolved without further litigation.
3  Pursuant to Local Rule 131(e), counsel for Plaintiff has authorized submission of this
4  document on her behalf.

DATED: November 16, 2016                Respectfully submitted,

                                        SEYFARTH SHAW LLP


                                        By: */s/ Kristina M. Launey*
                                            Kristina M. Launey


                                        Attorneys for Defendant
                                        KAISER FOUNDATION HOSPITALS


DATED: November 16, 2016                Respectfully submitted,

                                        CENTER FOR DISABILITY ACCESS


                                        By: */s/ Michelle Uzeta*
                                            Michelle Uzeta

                                        Attorneys for Plaintiff
                                        AMANDA RUTHERFORD

IT IS SO ORDERED.

Dated: November 26, 2016

                                        _____
                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE