SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
klauney@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, CA  95814-4428
Telephone:     (916) 448-0159
Facsimile:      (916) 558-4839

Christian J. Rowley (SBN 187293)
crowley@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone:     (415) 397-2823
Facsimile:      (415) 397-8549

Attorneys for Defendant
KAISER FOUNDATION HOSPITALS

CENTER FOR DISABILITY ACCESS
Mark Potter (SBN 166317)
mark@potterhandy.com
9845 Erma Road, Suite 300
San Diego, CA  92131
Telephone:  (858) 375-7385
Facsimile:   (888) 422-5191

Michelle Uzeta (SBN 164402)
michelleu@potterhandy.com
710 S. Myrtle Street, Suite 306
Monrovia, CA  91016
Telephone:  (858) 375-7385
Facsimile:   (888) 422-5191

Attorneys for Plaintiff
AMANDA RUTHERFORD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA RUTHERFORD,<br><br>    Plaintiff,<br><br>  v.<br><br>KAISER FOUNDATION HOSPITALS and DOES 1-10, Inclusive,<br><br>    Defendants. | Case No. 2:16-cv-02100-MCE-AC<br><br>**FOURTH STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>**[L.R. 144]**<br><br>Complaint Served:           9/8/16<br>Current Response Date:  12/8/16<br>New Response Date:       12/29/16<br>Trial Date:                        None Set<br>District Judge:   Morrison C. England, Jr. |

Pursuant to the provisions of Local Rule 144, plaintiff Amanda Rutherford ("Plaintiff") and defendant Kaiser Foundation Hospitals ("Kaiser"), by and through their respective counsel, hereby stipulate that Kaiser may have a 21-day extension of time in which to respond to Plaintiff's Complaint.  This is the fourth extension of time to respond to the Complaint.  Pursuant to this extension, a response by Kaiser shall be due on or before December 29, 2016.  This stipulation and extension will not affect or alter any deadline previously set by Court order.

The reason for the extension is to allow time for the parties to attempt to resolve this matter without further litigation.

Pursuant to Local Rule 131(e), counsel for Plaintiff has authorized submission of this document on her behalf.

DATED: December 2, 2016

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Kristina M. Launey
     Kristina M. Launey

Attorneys for Defendant
KAISER FOUNDATION HOSPITALS

DATED: December 2, 2016

Respectfully submitted,

CENTER FOR DISABILITY ACCESS

By: /s/ Michelle Uzeta
     Michelle Uzeta

Attorneys for Plaintiff
AMANDA RUTHERFORD

IT IS SO ORDERED.

Dated: December 7, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE