UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA RUTHERFORD,<br><br>    Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HOSPITALS and DOES 1-10, Inclusive,<br><br>    Defendants. | Case No. 2:16-cv-02100-MCE-AC<br><br>**ORDER RE:JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY CALENDARED DATES**<br><br><br>District Judge: Morrison C. England, Jr. |

    The Parties report that they have reached terms of settlement in this matter and have requested that all currently set dates be taken off calendar pending finalization of the Parties' settlement agreement and filing of a stipulation of dismissal.

///
///
///
///
///
///
///
///

Based on the representations of the Parties, IT IS ORDERED THAT:

1. The Parties file a stipulation of dismissal within sixty (60) days of the date this order is electronically filed;

2. All currently set dates be taken off calendar.

IT IS SO ORDERED.

Dated: May 4, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE