| | |
|---|---|
| CENTER FOR DISABILITY ACCESS<br>Mark Potter (SBN 166317)<br>mark@potterhandy.com<br>9845 Erma Road, Suite 300<br>San Diego, CA 92131<br>Telephone: (858) 375-7385<br>Facsimile: (888) 422-5191<br><br>Michelle Uzeta (SBN 164402)<br>michelleu@potterhandy.com<br>710 S. Myrtle Street, Suite 306<br>Monrovia, CA 91016<br>Telephone: (858) 375-7385<br>Facsimile: (888) 422-5191<br><br>Attorneys for Plaintiff<br>AMANDA RUTHERFORD | SEYFARTH SHAW LLP<br>Kristina M. Launey (SBN 221335)<br>klauney@seyfarth.com<br>400 Capitol Mall, Suite 2350<br>Sacramento, CA 95814-4428<br>Telephone: (916) 448-0159<br>Facsimile: (916) 558-4839<br><br>Christian J. Rowley (SBN 187293)<br>crowley@seyfarth.com<br>560 Mission Street, 31st Floor<br>San Francisco, California 94105<br>Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549<br><br>Attorneys for Defendant<br>KAISER FOUNDATION HOSPITALS |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA RUTHERFORD,<br><br>    Plaintiff,<br><br>  v.<br><br>KAISER FOUNDATION HOSPITALS and DOES 1-10, Inclusive,<br><br>    Defendants. | Case No. 2:16-cv-02100-MCE-AC<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>**Fed.R.Civ.P. 41(a)(1)(A)(ii)**<br><br>District Judge: Morrison C. England, Jr. |

1
STIPULATION AND ORDER OF DISMISSAL
Case No. 2:16-cv-02100-MCE-AC

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Amanda Rutherford and Defendant Kaiser Foundation Hospitals, having reached a settlement in the above-entitled action, hereby stipulate to and move for the dismissal of the above-referenced action with prejudice, with each party to bear its own attorneys' fees and costs.

Pursuant to Local Rule 131(e), all signatories listed, and whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: May 30, 2017             Respectfully submitted,


                                By:  /s/ Michelle Uzeta
                                     Michelle Uzeta

                                Attorneys for Plaintiff
                                AMANDA RUTHERFORD


DATED: May 30, 2017             Respectfully submitted,
                                SEYFARTH SHAW LLP


                                By:  /s/ Kristina M. Launey
                                     Kristina M. Launey

                                Attorneys for Defendant
                                KAISER FOUNDATION HOSPITALS

2
STIPULATION AND ORDER OF DISMISSAL
Case No. 2:16-cv-02100-MCE-AC

**ORDER**

Having read the Parties' Motion and good cause appearing therefore, this action is hereby ordered dismissed with prejudice. Each party is to bear their own attorneys' fees and costs, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: May 31, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE